ACCEPTED
01-14-00620-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/1/2015 3:29:30 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00620-CR

In the
# Court of Appeals
For the
# First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/1/2015 3:29:30 PM

CHRISTOPHER A. PRINE
Clerk

————————◆————————

## No. 1394253
In the 176th District Court
Harris County, Texas

————————◆————————

# BRODRICK RENALDA FRENCH
*Appellant*
v.
# THE STATE OF TEXAS
*Appellee*

————————◆————————

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

————————◆————————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1.  In the 176th District Court of Harris County, Texas, in cause number 1394253, the Appellant was convicted on July 15, 2014, in **The State of Texas v. Brodrick Renalda French.**

2.  For the offense of robbery, his punishment was assessed at twenty-seven years in prison.

3.  A written notice of appeal was timely filed on July 15, 2014.

4.  Appellant's brief was filed with this Court on February 19, 2015.

5.  The State's brief was due to be filed with this Court on March 23, 2015.

6.  An extension of time in which to file the State's brief is requested until April 2, 2015.

7.  No previous extensions have been granted to the State.

8.  The facts relied upon to explain the need for this extension are:

The State's brief in this case has been prepared by an appellate intern, who has also been attending law school during this same time period. Therefore, additional time has been necessary in order to prepare the State's brief.

WHEREFORE, the State prays that this Court will grant an extension of time until April 2, 2015, in which to file the State's brief in this case.

Respectfully submitted,

/s/ *Alan Curry*

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing instrument has been mailed to the appellant's attorney at the following addresses on April 1, 2015:

David Garza
Attorney at Law
102 South Lockwood
Houston, Texas  77011

/s/ *Alan Curry*

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

Date:  April 1, 2015